

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00144-CR

**SEAN CAREY LYNN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 32417CR

## MEMORANDUM  OPINION

Sean Carey Lynn was convicted of Failure to Register as a Sex Offender and sentenced to 12 years in prison.  TEX. CODE CRIM. PROC. ANN. art. 62.102 (Vernon 2006). We affirm.

In his sole issue, Lynn contends the evidence is insufficient to support the conviction.  He relies solely on the "reasonable hypothesis analytical construct" as support for why the evidence was insufficient.  That construct for determining the sufficiency of the evidence was abrogated by the Court of Criminal Appeals in 1991. *Geesa v. State*, 820 S.W.2d 154, 159, 161 (Tex. Crim. App. 1991).  Because Lynn argues no

other reason in support of his issue that the evidence is insufficient, his issue is overruled.

Accordingly, the trial court's judgment is affirmed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Affirmed
Opinion delivered and filed March 25, 2009
Do not publish
[CR25]